# UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
              Plaintiff, )
              v. )
Casey Neil Haight, )
              Defendant. )

Case No. 3:14-mj-0001 DMC
Case No. 3:19-cr-0006 DMC

RELEASE ORDER NO. _____

ORDER FOR RELEASE OF PERSON IN CUSTODY

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release **Casey Neil Haight**, Case No. **3:14-mj-0001 DMC & 3:19-cr-006 DMC**

Charge **probation violation, possess methamphetamine, vehicle code violations**

from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

- [X] Release on Personal Recognizance
- [ ] Bail posted in the sum of $_____
- [ ] Unsecured Appearance Bond
- [ ] Appearance Bond with 10% Deposit
- [ ] Appearance Bond with Surety
- [ ] Corporate Surety Bail Bond
- [ ] (Other) _____

This release order is not effective until the defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at **Redding, California** on **July 9, 2019**, 19___ at **11:15** a.m./**p.m.**

By _____
United States District Judge or
United States Magistrate

Original - U.S. Marshal