| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, SBN #122664 |
| | Federal Defender |
| 2 | JEROME PRICE, SBN # 282400 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 801 I Street, 3rd Floor |
| 4 | Sacramento, CA 95814 |
| | Telephone: (916) 498-5700 |
| 5 | Fax: (916) 498-5710 |
| 6 | Attorneys for Defendant |
| | CASEY NEIL HAIGHT |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 3:14-mj-00001-DMC |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER** |
| | ) **TO CONTINUE SENTENCING HEARING** |
| vs. | ) |
| | ) Date: January 29, 2020 |
| CASEY NEIL HAIGHT, | ) Time: 11:00 a.m. |
| | ) Judge: Hon. Dennis M. Cota |
| Defendant. | ) |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney, through Nicholas R. Henke, Rule 180 Prosecutor, National Park Service, counsel for Plaintiff and Heather Williams, Federal Defender, through Assistant Federal Defender Jerome Price, counsel for Defendant Casey Neil Haight, **that the sentencing hearing January 29, 2020 scheduled for January 29, 2020 may be vacated and continued to April 14, 2020 at 11:00 a.m.**

The continuance is requested because defense counsel was recently appointed to this case on January 13, 2020, and as such, needs additional time to meet with client, review the case history and prepare for the sentencing hearing. Since this is probation violation proceeding, no time exclusion under the Speedy Trial Act is necessary.

Stipulation and [Proposed] Order to Continue Status Conference  -1-  *U.S. v. Haight, 3:14-mj-00001-DMC*

| | | |
|---|---|---|
| | | Respectfully submitted, |
| Date: January 27, 2020 | | McGREGOR W. SCOTT<br>United States Attorney |
| | | */s/Nicholas R. Henke*<br>NICHOLAS R. HENKE<br>Rule 180 Prosecutor<br>National Park Service<br>for Plaintiff United States of America |
| | | HEATHER E. WILLIAMS<br>Federal Defender |
| Date: January 27, 2020 | | */s/ Jerome Price*<br>JEROME PRICE<br>Assistant Federal Defender<br>Attorneys for Defendant<br>CASEY NEIL HAIGHT |

## **ORDER**

IT IS HEREBY ORDERED, the Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The sentencing hearing scheduled for January 29, 2020, shall be vacated and reset for April 14, 2020, at 11:00 a.m.

**IT IS SO ORDERED.**

Dated: January 29, 2020

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE