| | |
|---|---|
| 1 | MCGREGOR W. SCOTT<br>United States Attorney |
| 2 | CHRISTOPHER S. HALES<br>Assistant U.S. Attorney |
| 3 | NICHOLAS R. HENKE<br>Local Rule 180 Prosecutor |
| 4 | 501 I Street, Suite 10-100<br>Sacramento, CA 95814 |
| 5 | Telephone: (916) 554-2700 |

Attorneys for Plaintiff
United States of America

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>CASEY NEIL HAIGHT,<br>Defendant. | CASE NO. 3:14-MJ-00001-DMC<br><br>STIPULATION AND ORDER TO CONTINUE SENTENCING<br><br>DATE: May 12, 2020<br>TIME: 11:00 a.m.<br>COURT: Hon. Dennis M. Cota |
|---|---|

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, in light of the current public health emergency, sentencing in this matter was continued to May 12, 2020 at 11:00 a.m.

2. By this stipulation, the parties now jointly move to vacate the sentencing date and continue sentencing to June 16, 2020, at 11:00 a.m.

///
///
///
///
///

STIPULATION & ORDER TO CONTINUE SENTENCING

1

IT IS SO STIPULATED.

Dated: March 24, 2020          McGREGOR W. SCOTT
                               United States Attorney

                               /s/ *Christopher S. Hales*
                               CHRISTOPHER S. HALES
                               Assistant U.S. Attorney


Dated: March 24, 2020          /s/ *Jerome Price*
                               JEROME PRICE
                               Counsel for Defendant
                               CASEY NEIL HAIGHT
                               (*Approved via email 3/24/2020*)

## FINDINGS AND ORDER

IT IS SO ORDERED, that sentencing is continued to June 16, 2020, at 11:00 a.m.

FOUND AND ORDERED this 25th day of March, 2020.

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE