```
 1  MCGREGOR W. SCOTT
    United States Attorney
 2  ALSTYN BENNETT
    Special Assistant U.S. Attorney
 3  CHRISTOPHER S. HALES
    Assistant U.S. Attorney
 4  NICHOLAS R. HENKE
    Local Rule 180 Prosecutor
 5  501 I Street, Suite 10-100
    Sacramento, CA 95814
 6  Telephone: (916) 554-2700

 7  Attorneys for Plaintiff
    United States of America
 8
```

### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 3:14-MJ-00001-DMC |
|---|---|
| Plaintiff, | STIPULATION AND RDER TO CONTINUE SENTENCING |
| v. | |
| CASEY NEIL HAIGHT, | DATE: June 16, 2020<br>TIME: 11:00 a.m.<br>COURT: Hon. Dennis M. Cota |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, in light of the current public health emergency, sentencing in this matter was continued to June 16, 2020 at 11:00 a.m.

2. By this stipulation, the parties now jointly move to vacate the sentencing date and continue sentencing to August 18, 2020, at 11:00 a.m.

///

///

///

///

STIPULATION & ORDER TO CONTINUE SENTENCING     1

IT IS SO STIPULATED.

Dated: May 26, 2020

McGREGOR W. SCOTT
United States Attorney

/s/ *Alstyn Bennett*
ALSTYN BENNETT
Special Assistant U.S. Attorney
CHRISTOPHER S. HALES
Assistant U.S. Attorney

Dated: May 26, 2020

/s/ *Jerome Price*
JEROME PRICE
Counsel for Defendant
CASEY NEIL HAIGHT
(*Approved via email 5/26/2020*)

# FINDINGS AND ORDER

IT IS SO ORDERED, that sentencing is continued to August 18, 2020, at 11:00 a.m.

FOUND AND ORDERED this 27th day of May, 2020.

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE