MCGREGOR W. SCOTT
United States Attorney
ALSTYN BENNETT
Special Assistant U.S. Attorney
CHRISTOPHER S. HALES
Assistant U.S. Attorney
NICHOLAS R. HENKE
Local Rule 180 Prosecutor
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                         Plaintiff,<br><br>                    v.<br><br>CASEY NEIL HAIGHT,<br><br>                         Defendant. | CASE NO.  3:14-MJ-00001-DMC<br><br>STIPULATION AND DER TO CONTINUE SENTENCING<br><br>DATE: August 18, 2020<br>TIME:  11:00 a.m.<br>COURT: Hon. Dennis M. Cota |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1.      By previous order, in light of the current public health emergency, sentencing in this matter was continued to August 18, 2020 at 11:00 a.m.

2.      By this stipulation, the parties now jointly move to vacate the sentencing date and continue sentencing to November 17, 2020, at 11:00 a.m.

///

///

///

///

1  IT IS SO STIPULATED.

2

3  Dated: August 13, 2020                              McGREGOR W. SCOTT
                                                       United States Attorney
4

5                                                      /s/ *Alstyn Bennett*
                                                       ALSTYN BENNETT
6                                                      Special Assistant U.S. Attorney
                                                       CHRISTOPHER S. HALES
7                                                      Assistant U.S. Attorney

8

9

10 Dated: August 13, 2020                              /s/ *Jerome Price*
                                                       JEROME PRICE
11                                                     Counsel for Defendant
                                                       CASEY NEIL HAIGHT
12                                                     (*Approved via email 7/31/2020*)

13

14                              **FINDINGS AND ORDER**

15         IT IS SO ORDERED, that sentencing is continued to November 17, 2020, at 11:00 a.m.

16

17 Dated: August 17, 2020

18                                                     _____
                                                       DENNIS M. COTA
19                                                     UNITED STATES MAGISTRATE JUDGE

20

21

22

23

24

25

26

27

28