HEATHER E. WILLIAMS, SBN #122664
Federal Defender
JEROME PRICE, SBN # 282400
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
CASEY NEIL HAIGHT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 3:14-mj-00001-DMC |
|---|---|
| Plaintiff, | ) 3:19-cr-00006-DMC )  |
| vs. | ) **STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME** |
| CASEY NEIL HAIGHT, | ) |
| Defendant. | ) Date:   November 17, 2020<br>) Time:   11:00 a.m.<br>) Judge:  Dennis M. Cota |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney, through Alstyn Bennett and Christopher Hales, Attorneys for Plaintiff and Heather Williams, Federal Defender, through Assistant Federal Defender Jerome Price, Attorney for Defendant Casey Neil Haight, **that the Status Conference scheduled for November 17, 2020 may be vacated and continued to January 26, 2021.**

This continuance is requested due to unavailability of defense counsel.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded from this order's date through and including January 26, 2021, pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation for case number 3:19-cr-00006-DCM.

(Remainder of page intentionally left blank. Signatures of counsel on following page)

|   |   |
|---|---|
|   | Respectfully submitted, |
|   |   |
|   | HEATHER E. WILLIAMS<br>Federal Defender |
| Date: November 16, 2020 | /s/ Jerome Price<br>JEROME PRICE<br>Assistant Federal Defender<br>Attorney for Defendant<br>CHRISTOPHER OWEN BALLEZ |
|   |   |
| Date: November 16, 2020 | McGREGOR W. SCOTT<br>United States Attorney |
|   | /s/Christopher Hales<br>CHRISTOPHER HALES<br>Assistant U.S. Attorney<br>Attorney for Plaintiff |

## **ORDER**

IT IS HEREBY ORDERED, the Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including January 26, 2021, shall be excluded from computation of time within which the trial of case number 3:19-cr-00006-DCM must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). **It is further ordered the November 17, 2020 Status Conference shall be continued until January 26, 2021, at 11:00 a.m.  .**

IT IS SO ORDERED.

Dated:  November 17, 2020

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE