1  HEATHER E. WILLIAMS, SBN #122664
   Federal Defender
2  JEROME PRICE, SBN # 282400
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, CA 95814
   Telephone: (916) 498-5700
5  Fax: (916) 498-5710

6  Attorneys for Defendant
   CASEY NEIL HAIGHT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 3:14-mj-00001-DMC |
| --- | --- | --- |
| Plaintiff, | ) | 3:19-cr-00006-DMC |
| vs. | ) | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME** |
| CASEY NEIL HAIGHT, | ) | |
| Defendant. | ) | Date:   January 26, 2021 |
|  | ) | Time:   11:00 a.m. |
|  | ) | Judge: Dennis M. Cota |

IT IS HEREBY STIPULATED by and between Nicholas Henke, United States Park Ranger and Heather Williams, Federal Defender, through Assistant Federal Defender Jerome Price, Attorney for Defendant Casey Neil Haight, **that the Status Conference in case no. 3:19-cr-00006-DMC and the Sentencing Hearing in case no. 3:14-mj-00001-DMC currently scheduled for January 26, 2021 may be vacated and continued to June 15, 2021.**

Defendant is currently in state custody and his projected release date is May 2021. The parties request a continuance to June 15, 2021.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded from this order's date through and including June 15, 2021, pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4

Stipulation and [Proposed] Order to Continue
Status Conference and Exclude Time                    -1-         *United States v. Haight,* 3:14-mj-00001-DMC
                                                                                  3:19-cr-00006-DMC

1  based upon continuity of counsel and defense preparation for case number 3:19-cr-00006-DCM.

2
3                                              Respectfully submitted,

4                                              HEATHER E. WILLIAMS
                                               Federal Defender
5
    Date: January 25, 2021                     /s/ Jerome Price                _
6                                              JEROME PRICE
                                               Assistant Federal Defender
7                                              Attorney for Defendant
                                               CHRISTOPHER OWEN BALLEZ
8

9
    Date: January 25, 2021                     /s/Nicholas Henke      
10                                             NICHOLAS HENKE
                                               U.S. Park Ranger
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

IT IS HEREBY ORDERED, the Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including June 8, 2021, shall be excluded from computation of time within which the trial of case number 3:19-cr-00006-DCM must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). **It is further ordered the January 26, 2021 Status Conference in case no. 3:19-cr-00006-DMC and the Sentencing Hearing in case no. 3:14-mj-00001-DMC shall be continued until June 15, 2021, at 11:00 a.m. .**

IT IS SO ORDERED.

Dated:  January 26, 2021



DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE