HEATHER E. WILLIAMS, SBN #122664
Federal Defender
JEROME PRICE, SBN # 282400
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
CASEY NEIL HAIGHT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CASEY NEIL HAIGHT,<br><br>Defendant. | Case No. 3:14-mj-00001-DMC<br>3:19-cr-00006-DMC<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME**<br><br>Date:   June 15, 2021<br>Time:  11:00 a.m.<br>Judge: Dennis M. Cota |

IT IS HEREBY STIPULATED by and between Nicholas Henke, United States Park Ranger and Heather Williams, Federal Defender, through Assistant Federal Defender Jerome Price, Attorney for Defendant Casey Neil Haight, **that the Status Conference in case no. 3:19-cr-00006-DMC and the Sentencing Hearing in case no. 3:14-mj-00001-DMC currently scheduled for June 15, 2021 may be vacated and continued to August 17, 2021.**

This continuance is requested due to unavailability of defense counsel.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded from this order's date through and including August 17, 2021, pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4

based upon continuity of counsel and defense preparation for case number 3:19-cr-00006-DCM.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: June 14, 2021                    */s/  Jerome Price*
                                       JEROME PRICE
                                       Assistant Federal Defender
                                       Attorney for Defendant
                                       CHRISTOPHER OWEN BALLEZ


Date: June 14, 2021                    */s/Nicholas Henke*
                                       NICHOLAS HENKE
                                       U.S. Park Ranger


Date: June 14, 2021                    PHILLIP A. TALBERT
                                       Acting United States Attorney

                                       */s/Christopher Hales*
                                       CHRISTOPHER HALES
                                       Assistant U.S. Attorney
                                       Attorney for Plaintiff

# ORDER

IT IS HEREBY ORDERED, the Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including August 17, 2021, shall be excluded from computation of time within which the trial of case number 3:19-cr-00006-DCM must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). **It is further ordered the June 15, 2021 Status Conference in case no. 3:19-cr-00006-DMC and the Sentencing Hearing in case no. 3:14-mj-00001-DMC shall be continued until August 17, 2021, at 11:00 a.m. .**

IT IS SO ORDERED.

Dated:  June 16, 2021

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE