HEATHER E. WILLIAMS, SBN #122664
Federal Defender
JEROME PRICE, SBN # 282400
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
CASEY NEIL HAIGHT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 3:14-mj-00001-DMC |
|---|---|
| Plaintiff, | ) 3:19-cr-00006-DMC |
| | ) |
| vs. | ) **STIPULATION AND ORDER** |
| | ) **TO CONTINUE STATUS CONFERENCE** |
| CASEY NEIL HAIGHT, | ) **AND EXCLUDE TIME** |
| | ) |
| Defendant. | ) Date:  August 17, 2021 |
| | ) Time:  11:00 a.m. |
| | ) Judge: Dennis M. Cota |
| | ) |

IT IS HEREBY STIPULATED by and between Nicholas Henke, United States Park Ranger and Heather Williams, Federal Defender, through Assistant Federal Defender Jerome Price, Attorney for Defendant Casey Neil Haight, **that the Status Conference in case no. 3:19-cr-00006-DMC and the Sentencing Hearing in case no. 3:14-mj-00001-DMC currently scheduled for August 17, 2021 may be vacated and continued to October 5, 2021.**

Defense counsel has been notified that Mr. Haight has advised that two members of his household have recently tested positive for COVID and is currently in quarantine.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded from this order's date through and including October 5, 2021, pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4

based upon continuity of counsel and defense preparation for case number 3:19-cr-00006-DCM.

                                              Respectfully submitted,

                                              HEATHER E. WILLIAMS
                                              Federal Defender

Date: August 16, 2021                  */s/ Jerome Price*
                                              JEROME PRICE
                                              Assistant Federal Defender
                                              Attorney for Defendant
                                              CASEY HAIGHT


Date: August 16, 2021                  */s/Nicholas Henke*
                                              NICHOLAS HENKE
                                              U.S. Park Ranger

# **ORDER**

IT IS HEREBY ORDERED, the Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including October 5, 2021, shall be excluded from computation of time within which the trial of case number 3:19-cr-00006-DCM must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). **It is further ordered the August 17, 2021 Status Conference in case no. 3:19-cr-00006-DMC and the Sentencing Hearing in case no. 3:14-mj-00001-DMC shall be continued until October 5, 2021, at 11:00 a.m.  .**

IT IS SO ORDERED.

Dated:  August 17, 2021

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE