1  HEATHER E. WILLIAMS, SBN #122664
   Federal Defender
2  JEROME PRICE, SBN # 282400
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, CA 95814
   Telephone: (916) 498-5700
5  Fax: (916) 498-5710

6  Attorneys for Defendant
   CASEY NEIL HAIGHT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 3:14-mj-00001-DMC |
| --- | --- | --- |
| Plaintiff, | ) | 3:19-cr-00006-DMC |
| vs. | ) | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME** |
| CASEY NEIL HAIGHT, | ) | |
| Defendant. | ) | Date: October 5, 2021<br>Time: 11:00 a.m.<br>Judge: Dennis M. Cota |

IT IS HEREBY STIPULATED by and between Nicholas Henke, United States Park Ranger and Heather Williams, Federal Defender, through Assistant Federal Defender Jerome Price, Attorney for Defendant Casey Neil Haight, **that the Status Conference in case no. 3:19-cr-00006-DMC and the Sentencing Hearing in case no. 3:14-mj-00001-DMC currently scheduled for October 5, 2021 may be vacated and continued to October 19, 2021.**

Defense counsel is currently in a jury trial which may conflict with the current date, including jury deliberations.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded from this order's date through and including October 19, 2021, pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4

1  based upon continuity of counsel and defense preparation for case number 3:19-cr-00006-DCM.

                                                           Respectfully submitted,

                                                           HEATHER E. WILLIAMS
                                                           Federal Defender

Date: October 1, 2021                    */s/ Jerome Price*
                                                           JEROME PRICE
                                                           Assistant Federal Defender
                                                           Attorney for Defendant
                                                           CASEY HAIGHT

Date: October 1, 2021                    */s/Nicholas Henke*
                                                           NICHOLAS HENKE
                                                           U.S. Park Ranger

## ORDER

IT IS HEREBY ORDERED, the Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including October 19, 2021, shall be excluded from computation of time within which the trial of case number 3:19-cr-00006-DCM must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). **It is further ordered the October 5, 2021 Status Conference in case no. 3:19-cr-00006-DMC and the Sentencing Hearing in case no. 3:14-mj-00001-DMC shall be continued until October 19, 2021, at 11:00 a.m. .**

IT IS SO ORDERED.

Dated: October _4___, 2021

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE