HEATHER E. WILLIAMS, SBN #122664
Federal Defender
JEROME PRICE, SBN # 282400
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
CASEY NEIL HAIGHT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:14-mj-00001-JDP |
| | ) | 3:19-cr-00006-JDP |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND [PROPOSED] ORDER** |
| vs. | ) | **TO CONTINUE SENTENCING** |
| | ) | |
| CASEY NEIL HAIGHT, | ) | Date: November 7, 2022 |
| | ) | Time: 2:00 p.m |
| Defendant. | ) | Judge: Jeremy D. Peterson |
| | ) | |
| | ) | |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Alstyn Bennett and Assistant Federal Defender Linda Allison, Attorney for Defendant Casey Neil Haight, **that the Sentencing Hearing currently scheduled for November 7, 2022 may be vacated and continued to December 20, 2022 at 2:00 p.m.**

This continuance is requested to accommodate defense counsel's calendar.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: November 3, 2022        /s/ Linda Allison
                              LINDA ALLISON
                              Assistant Federal Defender
                              Attorney for Defendant
                              CASEY HAIGHT

1 | Date: November 3, 2022
2 |
3 |
4 |

PHILLIP A. TALBERT
United States Attorney

/s/Alstyn Bennett
ALSTYN BENNETT
Assistant United States Attorney

**ORDER**

IT IS HEREBY ORDERED, the Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

**It is further ordered the November 7, 2022 Sentencing Hearing shall be continued until December 20, 2022, at 2:00 p.m.**

IT IS SO ORDERED.

Dated: November 4, 2022

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE